Of Counsel:
SUMIDA & TSUCHIYAMA
A Law Corporation

KEVIN P. H. SUMIDA    2544-0
ANTHONY L. WONG      6018-0
735 Bishop Street, Suite 411
Honolulu, Hawaii  96813
Telephone No. (808)356-2600
Fax No.  (808) 356-2609
E-Mail:  ksumida@sthawaii.com
         twong@sthawaii.com

Attorneys for Defendant
ASSOCIATION OF
DWELLING OWNERS OF
HANALEI BAY VILLAS
(incorrectly named as
ASSOCIATION OF DWELLING
APARTMENT OWNERS OF
HANALEI BAY VILLAS)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS and JOHN or JANE DOES/DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04 00688 ACK/BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br><br><br>No Trial Date. |

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint filed herein be dismissed with prejudice, each party to bear his/her own costs and attorney's fees.

This stipulation is signed by or on behalf of all appearing parties hereunder described. No Doe defendants were identified or represented in this case. There are no remaining parties and/or issues.

Trial has not been scheduled in this matter.

DATED: HONOLULU, HAWAII, February 17, 2006

_____
BRUCE F. SHERMAN
Attorney for Plaintiff
JULIETTE PASION

DATED: HONOLULU, HAWAII, February 17, 2006

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
ASSOCIATION OF DWELLING
OWNERS OF HANALEI BAY
VILLAS (incorrectly named as
ASSOCIATION OF DWELLING
APARTMENT OWNERS OF
HANALEI BAY VILLAS)