Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

KEVIN P. H. SUMIDA      2544-0
MARILYN S.H. NAITOH    6742-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 536-3711
Facsimile No. (808) 599-2979
E-mail: info@triallawhawaii.com

Attorneys for Defendant
ASSOCIATION OF
DWELLING OWNERS OF
HANALEI BAY VILLAS
(incorrectly named as
ASSOCIATION OF DWELLING
APARTMENT OWNERS OF
HANALEI BAY VILLAS)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, | CIVIL NO. CV04 00688 ACK/BMK |
| Plaintiff, | WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT ASSOCIATION OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS AND ORDER |
| vs. | |
| ASSOCIATION OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS and JOHN or JANE DOES/DOE ENTITIES 1-10, | |
| Defendants. | No Trial Date. |

WITHDRAWAL AND APPEARANCE OF COUNSEL
FOR DEFENDANT ASSOCIATION OF DWELLING OWNERS
OF HANALEI BAY VILLAS (INCORRECTLY NAMED AS ASSOCIATION
OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS)

Comes now the law firm of MATSUI CHUNG SUMIDA & TSUCHIYAMA, attorneys for Defendant ASSOCIATION OF DWELLING OWNERS OF HANALEI BAY VILLAS (incorrectly named as ASSOCIATION OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS), pursuant to Rule 83.6 of the Rules of the United States District Court for the District of Hawaii, and hereby withdraws as counsel for Defendant ASSOCIATION OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS; and Comes now the law firm of SUMIDA & TSUCHIYAMA, and hereby enters its appearance as counsel for Defendant ASSOCIATION OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS.

Trial has not been scheduled in this matter.

MATSUI CHUNG SUMIDA & TSUCHIYAMA

DATED:   HONOLULU, HAWAII,   February 13, 2006

/s/ *Paul K. Hoshino*
MARILYN S. H. NAITOH
PAUL K. HOSHINO
Withdrawing Counsel for
Defendant ASSOCIATION OF
DWELLING APARTMENT
OWNERS OF HANALEI
BAY VILLAS

SUMIDA & TSUCHIYAMA

DATED: HONOLULU, HAWAII, February 14, 2006

        */s/ Anthony L. Wong*
KEVIN P.H. SUMIDA
ANTHONY L. WONG
Appearing Counsel for
Defendant ASSOCIATION OF
DWELLING OWNERS OF
HANALEI BAY VILLAS
(incorrectly named as
ASSOCIATION OF
DWELLING
APARTMENT OWNERS OF
HANALEI BAY VILLAS)

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 27, 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>Juliette Pasion v. Association of Dwelling Apartment Owners of Hanalei Bay Villas, et al.</u>,Civil No. CV04 00688 ACK/BMK
WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT ASSOCIATION OF DWELLING APARTMENT OWNERS OF HANALEI BAY VILLAS AND ORDER