IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, | ) CV No. 04-00688 (ACK/BMK) |
| | ) |
| | ) STIPULATION FOR DISMISSAL WITH |
| Plaintiff, | ) PREJUDICE OF ALL CLAIMS AND |
| | ) PARTIES; ORDER |
| vs. | ) |
| | ) |
| ASSOCIATION OF DWELLING | ) |
| APARTMENT OWNERS OF HANALEI BAY | ) |
| VILLAS and JOHN or JANE | ) |
| DOES/DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) No Trial Date. |
| | ) |
| _____ | ) |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

        Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of

Civil Procedure, the parties described hereinbelow, through their

respective counsel, hereby stipulate that the Complaint filed

herein be dismissed with prejudice, each party to bear his/her

own costs and attorney's fees.

        This stipulation is signed by or on behalf of all

appearing parties hereunder described.  No Doe defendants were

identified or represented in this case.  There are no remaining

parties and/or issues.

        Trial has not been scheduled in this matter.

DATED:    HONOLULU, HAWAII,    February 17, 2006.


                                 /s/ Bruce F. Sherman
                                 BRUCE F. SHERMAN
                                 Attorney for Plaintiff
                                 JULIETTE PASION


DATED: HONOLULU, HAWAII,    February 17, 2006.


                                 /s/ Anthony L. Wong
                                 KEVIN P. H. SUMIDA
                                 ANTHONY L. WONG
                                 Attorneys for Defendant
                                 ASSOCIATION OF DWELLING
                                 OWNERS OF HANALEI BAY VILLAS
                                 (incorrectly named as
                                 ASSOCIATION OF DWELLING
                                 APARTMENT OWNERS OF HANALEI
                                 BAY VILLAS)


APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, February 27, 2006.


_____
Alan C. Kay
Sr. United States District Judge


Juliette Pasion v. Association of Dwelling Apartment Owners of
Hanalei Bay Villas, et al., CV No. 04-00688 (ACK/BMK)
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND
PARTIES**